UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD HENIX, DEANNA COMSTOCK, <br><br> Plaintiffs, <br><br> v. <br><br> EMILY ROGERS, LAURA SANCHEZ, PAUL O BRAIN, JENNIFER WALKER, <br><br> Defendants. | CASE NO. C20-5330 MJP <br><br> ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

THE COURT issued an order on October 7, 2020 to the parties requiring them to file a joint status report by November 7, 2020. (Dkt. No. 13.) The parties failed to file a joint status report by that date. On November 9, 2020 Plaintiffs sent the Court via email a document that the Court has docketed as a "status report." (Dkt. No. 14.) Upon careful review, the document is not a joint status report. It is difficult to follow and contains no statements regarding Plaintiffs' attempt to prepare a joint status report. The Court warned the parties that failure to file the joint status report could result

1  in dismissal. The Court therefore DISMISSES the case without prejudice for failure to prosecute. See

2  Fed. R. Civ. P. 41(b).

3      The clerk is ordered to provide copies of this order to all counsel.

4      Dated November 10, 2020.

Marsha J. Pechman
United States District Judge